USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ALLEN PLOWDEN,

Defendant.

07 Cr. 669 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Government (see attached letter) requests the exclusion of time until the next scheduled conference in this matter. The next conference for defendant has been rescheduled from November 2, 2007, at 9:30 a.m. to November 9, 2007, at 11:45 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until November 9, 2007.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       31 October 2007

Victor Marrero
U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2007

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Allen Plowden</u>,
        07 Cr. 669 (VM)

Dear Judge Marrero:

    A subsequent conference was scheduled before Your Honor for Friday, November 2, 2007, at 9:30 a.m. Your Deputy Clerk has contacted the parties and informed us that this conference is now on for Friday, November 9, 2007, at 11:45 a.m. The Government respectfully requests that the Court exclude time from October 30, 2007, until the date set by the Court for the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of discovery and allow the parties to consider a possible pre-trial disposition. Defense counsel consents to this request for the exclusion of time.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
     Benjamin A. Naftalis
     Assistant United States Attorney
     (212) 637-2456

cc: Philip Weinstein, Esq. (by fax)