ALLEN PLLOWDEN notice of appearence.txt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA      )
                              )
                              )
                              )
     v.                       )
                              )
                              )              NOTICE OF APPEARANCE
     ALLEN PLOWDEN            )              DOCKET # 07-CR-00669
```

PLEASE NOTICE, that I have been retained to represent the above named defendant.

| | |
|---|---|
| NAME | BARRY TURNER |
| SIGNATURE | |
| BAR CODE | BT6140 |
| FIRM NAME | BARRY S. TURNER, P.C. |
| ADDRESS | 780 THIRD AVENUE (14 fl.) |
| | NEW YORK, NEW YORK 10017 |
| E-MAIL | BTEE22@HOTMAIL.COM |
| PHONE NUMBER | 212-679-1000 |