```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 Cr. 669 (VM)
                                    :
      - against -                   :    ORDER
                                    :
                                    :
ALLEN PLOWDEN,                      :
              Defendant.            :
                                    :
------------------------------------X
VICTOR MARRERO, United States District Judge.
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07

The Federal Defender assigned to this case attorney Philip Weinstein is hereby ordered substituted and representation of the defendant in the above captioned matter is assigned to attorney Barry Turner.

**SO ORDERED.**

Dated:   New York, New York
         21 December 2007

                            VICTOR MARRERO
                               U.S.D.J.

ALLEN PLLOWDEN notice of appearence.txt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) |  |
| v. | ) ) ) | NOTICE OF APPEARANCE |
| ALLEN PLOWDEN |  | DOCKET # 07-CR-00669 |

    PLEASE NOTICE, that I have been retained to represent the above named defendant.

| NAME | BARRY TURNER |
|---|---|
| SIGNATURE |  |
| BAR CODE | BT6140 |
| FIRM NAME | BARRY S. TURNER, P.C. |
| ADDRESS | 780 THIRD AVENUE (14 fl.) |
|  | NEW YORK, NEW YORK 10017 |
| E-MAIL | BTEE22@HOTMAIL.COM |
| PHONE NUMBER | 212-679-1000 |

Page 1