*Barry S. Turner, P.C.*
*Attorney at Law*
*780 Third Avenue, 14th Floor*
*New York, New York 10017*
*(212) 679-1000* February 1, 2008
*Facsimile (212) 583-0072*

Hon. Victor Marrero
United States District Judge
Southern District of New York
Via facsimile: (212)805-6382

FEB - 1 2008

       RE:   USA v. Allen Plowden
               Ind. # 07-CR-00669-VM

Dear Judge Marrero

     I understand that the above referenced matter is scheduled for trial on March 3, 2008. I have recently filed my notice of appearance in this case and have communicated with your chambers and the AUSA, Ben Naftalis, that I would not be ready to start the trial on that date.

     I have suggested that we set the matter down for a status conference on March 7, 2008 at 11:30 AM, if convenient to the court. I, of course, on behalf of my client, consent to exclude time to March 7, 2008.

     Thank you for your consideration.

                                     Very truly yours,

                                     Barry S. Turner

cc: AUSA Ben Naftalis

USDC
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/08

Request GRANTED. A status conference herein is scheduled for 2-8-08 at 1:30 p.m. to address the matter described above by defendant.
SO ORDERED.
2-4-08
DATE     VICTOR MARRERO, U.S.D.J.