UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    -v.-                           :     ORDER

ALLEN PLOWDEN,                     :     S1 07 Cr. 669 (VM)

    Defendant.                     :

- - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable James C. Francis IV, United States Magistrate Judge, on April 7, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Information S1 07 Cr. 669 (VM) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

    IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:  8 May, 2008

                                      Honorable Victor Marrero
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08