*Barry S. Turner, P.C.*
*Attorney at Law*
*780 Third Avenue, 14th Floor*
*New York, New York 10017*
*(212) 679-1000*
*Facsimile (212) 583-0072*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

July 16, 2007

Hon. Victor Marrero
US District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7924

        Re:    <u>USA v. Allen Plowden</u>
               Docket # 07-CR-00669

Dear Judge Marrero:

    The above referenced matter is calendared for sentencing on Friday, August 1, 2008. I have been diagnosed with lymphoma and have been in and out of the hospital. I had surgery last week and am scheduled for surgery next week, followed by treatment..

    I received the PSI but have not reviewed it with my client, Mr. Plowden. I respectfully request this matter be adjourned for 30 days to a date convenient to the court.

    Thank you for your consideration.

                                    Very truly yours,

                                    Barry S. Turner

---

Request GRANTED. The sentencing of defendant Allen Plowden herein is rescheduled to 9-12-08 at 11:00 A.M.

SO ORDERED.

7-24-08
DATE       VICTOR MARRERO, U.S.D.J.