*Barry S. Turner, P.C.*
*780 Third Avenue, 14th Floor*
*New York, NY 10017*
*(212) 679-1000*
*Fax (212) 583-0072*

August 27, 2008

Hon. Victor Marrero
US District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7924

      Re: <u>USA v. Allen Plowden</u>
        Docket # 07-CR-00669

Dear Judge Marrero:

 The above referenced matter is calendared for sentencing on Friday, September 12, 2008. As I explained earlier, I am receiving Chemo-therapy every 2 weeks.

 I have also become aware that Mr. Plowden is a witness in a murder case in Bergen County which is scheduled for trial shortly. I, therefore respectfully request that the sentence be adjourned.

 Thank you for your consideration.

            Very truly yours,

            Barry S. Turner

cc: Ben Naftalis