USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ALLEN PLOWDEN,

Defendant.

07 Cr. 0669 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 19, 2019, Defendant Allen Plowden ("Plowden") filed a Motion for Extension and Enlargement of Time to Respond to Financial Affidavit in connection with his restitution obligation. ("Plowden's Motion," Docket No. 35.) By letter dated November 8, 2019, the Government informed the Court that it consented to granting defendant additional time. (Docket No. 38.)

Upon due consideration of Plowden's Motion and the Government's response, it is hereby

**ORDERED** that Plowden's Motion is granted; and it is further

**ORDERED** that Plowden submit the completed financial disclosure form to the Government by December 18, 2019; and it is further

**ORDERED** that Plowden advise the Government of any change of address within thirty days of moving.

**SO ORDERED:**

Dated: New York, New York
18 November 2019

Victor Marrero
U.S.D.J.